FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYOSUNG HEAVY INDUSTRIES CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) SUMMONS |
| UNITED STATES, | ) Court No. 23-00082 |
| Defendant. | ) |

**TO:** The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination specified below.

_____
Mario Toscano
Clerk of the Court

1. <u>Name and Standing of Plaintiff</u>: Hyosung Heavy Industries Corporation ("Hyosung") participated as a mandatory respondent in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination. Hyosung was an interested party within the meaning of 19 U.S.C. § 1677(9)(A). Accordingly, Hyosung has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>: Plaintiff contests certain aspects of Commerce's final results of the ninth antidumping duty administrative review of the antidumping duty order on large power transformers from Korea. *See Large Power Transformers From the Republic of Korea: Final Results of Antidumping Duty Administrative Review; 2020-2021*, 88 Fed. Reg. 16,236 (Dep't Commerce March 16, 2023) ("*Final Results*"). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the publication in the Federal Register of the *Final Results*, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A) and this Court's rules.

3. <u>Date of Determination</u>: Commerce published its *Final Results* on March 16, 2023.

4. <u>Date of publication in Federal Register of Notice of Contested Determination</u>: Commerce's *Final Results* were published in the *Federal Register* on March 16, 2023 (88 Fed. Reg. 16,236).

                Respectfully submitted by:

                <u>/s/ J. David Park</u>
                J. David Park
                Henry D. Almond
                Daniel R. Wilson
                Gina M. Colarusso
                *Counsel to Hyosung Heavy Industries Corporation*
                *Plaintiff*

                ARNOLD & PORTER KAYE SCHOLER LLP
                601 Massachusetts Ave. NW
                Washington, D.C. 20001
                Phone: (202) 942-5646
                Fax: (202) 942-5999
                E-mail:  david.park@apks.com

<u>/s/ J. David Park</u>
Signature of Plaintiff's Attorney

<u>April 17, 2023</u>
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## **CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, J. David Park, hereby certify that on April 17, 2023, I caused the foregoing Summons, Form 5, Form 13, and Form 17 to be served by certified mail, return receipt requested, and notified all interested parties who were a party to the proceeding below as follows:

**On Behalf of Hitachi Energy USA, Inc., et al.:**
David C. Smith, Esq.
Kelley Drye & Warren LLP
3050 K Street, NW
Washington, DC 20007-5108
davidsmith@kelleydrye.com
tradenotifications@kelleydrye.com

**On Behalf of Hyundai Electric & Energy Systems Co., Ltd.:**
David E. Bond, Esq.
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
dbond@whitecase.com
apotrade@whitecase.com

**On Behalf of Iljin Electric Co., Ltd.:**
Jeffrey M. Winton, Esq.
Winton & Chapman PLLC
1900 L Street, NW, Suite 611
Washington, D.C. 20036
jwinton@jmwinton.com
service@jmwinton.com

**On Behalf of LS Electric Co., Ltd.:**
Stacy J. Ettinger, Esq.
K&L Gates
1601 K Street NW
Washington, DC 20006
stacy.ettinger@klgates.com

/s/ J. David Park
J. David Park
Arnold & Porter Kaye Scholer LLP

## CERTIFICATE OF SERVICE

I, J. David Park, of the law firm of Arnold & Porter Kaye Scholer LLP, hereby certify that on April 17, 2023, I caused copies of the foregoing Summons, Form 5, Form 13, and Form 17 by to be served by certified mail, return receipt requested:

**Upon the United States:**

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

**Upon the Department of Commerce:**

General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitutional Ave., NW
Washington DC 20230

/s/ J. David Park
J. David Park
Arnold & Porter Kaye Scholer LLP