| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |

Hyosung Heavy Industries Corporation
                              Plaintiff,

        v.

United States
                              Defendant.

Court No. 23-00082

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: April 20, 2023

/s/ J. David Park
Attorney for Plaintiff

601 Massachusetts Ave., NW
Street Address

Washington, DC 20001
City, State and Zip Code

(202) 942-5646
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____     Clerk, U. S. Court of International Trade

                                 By: _____
                                          Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                                                           Clerk, U. S. Court of International Trade

                                                 By: _____
                                                                  Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)