UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 7A

| | |
|---|---|
| Hyosung Heavy Industries Corporation<br>                               Plaintiff,<br>    v.<br>United States<br>                               Defendant. | Court No. 23-00082 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: April 20, 2023

/s/ J. David Park
Attorney for Plaintiff

601 Massachusetts Ave., NW
Street Address

Washington, DC 20001
City, State and Zip Code

(202) 942-5646
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: April 20, 2023    Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk